No. 417. SAXE *v.* SHEA, ADMINISTRATOR. January 12, 1939. Certiorari, *ante,* p. 589, to the Circuit Court of Appeals for the Second Circuit. Dismissed and mandate ordered to issue forthwith on motion of counsel for the petitioner. *Mr. Thomas D. Thacher* for petitioner.

*Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. J. Louis Monarch, Berryman Green,* and *Warner W. Gardner* for respondent.